IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hayes, Keisha L

Printed: 5/13/08

Case Number: 06 B 04887
Judge: Hollis, Pamela S
Filed: 5/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 23,257.00 |  |
| Secured: |  | 20,659.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,409.20 |
| Trustee Fee: |  | 1,177.45 |
| Other Funds: |  | 11.21 |
| Totals: | 23,257.00 | 23,257.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,409.20 | 1,409.20 |
| 2. | Washington Mutual Bank FA | Secured | 20,029.38 | 14,558.42 |
| 3. | Marquette National Bank | Secured | 1,975.47 | 1,435.88 |
| 4. | Fifth Third Bank | Secured | 24,288.82 | 4,390.68 |
| 5. | Washington Mutual Bank FA | Secured | 1,156.82 | 189.36 |
| 6. | Marquette National Bank | Secured | 582.50 | 84.80 |
| 7. | Kohl's/Kohl's Dept Stores | Unsecured | 221.49 | 0.00 |
| 8. | Sallie Mae | Unsecured | 1,091.44 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 53.50 | 0.00 |
| 10. | JP Morgan Chase Bank | Unsecured | 1,652.85 | 0.00 |
| 11. | American Express Centurion | Unsecured | 1,324.92 | 0.00 |
| 12. | Fifth Third Bank | Unsecured | 0.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 783.93 | 0.00 |
| 14. | Mark R Hayes | Priority |  | No Claim Filed |
|  |  |  | $ 54,570.32 | $ 22,068.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 319.37 |
| 4.8% | 418.00 |
| 5.4% | 440.08 |
|  | $ 1,177.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hayes, Keisha L | Case Number:  06 B 04887 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/13/08 | Filed:  5/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

